IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UPTOWN INDUSTRIES, INC., d/b/a BLUE SKY SERVICES, | |
| Plaintiff, | |
| vs. | Case No: 14-CV-255-F |
| JOHN PAUL BOERSCHIG, individually, and JPB RENTAL HOMES, LLC., | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Voluntary Dismissal with Prejudice. The Court has reviewed the filing and is fully informed in the premises.

IT IS ORDERED that any and all claims and counterclaims in this matter are DISMISSED WITH PREJUDICE.

Dated this 7 day of July, 2015.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE